## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Harini Cardwell,**

    **Plaintiff.**

                          **Case No. 2:26-cv-435**

                          **Judge Michael H. Watson**

                          **Magistrate Judge Vascura**

### ORDER

Harini Cardwell ("Plaintiff") moved for leave to proceed *in forma pauperis*, ECF No. 1, but did not file a Complaint. ECF No. 1. In April 2026, the Magistrate Judge ordered her to file a Complaint, ECF No. 3, but she failed to do so. Accordingly, the Magistrate Judge ordered Plaintiff to show cause as to why the Court should not dismiss this case for failure to prosecute. Order, ECF No. 4. Plaintiff did not respond. The Magistrate Judge then issued a Report and Recommendation ("R&R") recommending that the Court dismiss this case for failure to prosecute. R&R, ECF No. 5. The R&R notified Plaintiff of her right to object to that recommendation and of the consequences of failing to do so, *id.* at 3, but Plaintiff failed to object. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES** this action **WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure to file a Complaint and otherwise comply with Court orders. The Clerk shall terminate this case.

    **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**